IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL ALICEA-COSME, et al.,<br><br>    Plaintiffs<br><br>    v.<br><br>INTER AMERICAN UNIVERSITY OF<br>PUERTO RICO, et al.<br><br>    Defendants | CIVIL NO. 09-1441 (JP) |

### FINAL JUDGMENT

The parties hereto have informed the Court that they settled this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFFS ANGEL ALICEA-COSME AND NIEVES NIEVES-REYES** in accordance with the settlement agreement and to have and recover from Defendants Inter American University of Puerto Rico, Frederick Vega-Lozada, Orlando Candela-Jimenez, Luis A. Flores, Arrline Millan, the amount of **FIFTEEN THOUSAND DOLLARS ($15,000.00)**. Said amount is due within thirty (30) days from the entry of this Judgment.

The Court hereby incorporates by reference the settlement agreement between the parties. This Judgment is a release from all damages and causes of action exercised in the complaint and all damages and causes of action that could follow or emanate from the

CIVIL NO. 09-1441 (JP)            -2-

facts stated therein. The Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of February, 2010.

---
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AS AGREED TO BY:**

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| _____ | _____ |
| JELY CEDENO-RICHIEZ, ESQ. | IVAN E. APONTE-GONZALEZ, ESQ. |